AMERICAN TIN PLATE CO. v. SMITH.

(Circuit Court of Appeals, Third Circuit. January 4, 1907.)

No. 34.

MASTER AND SERVANT—ACTION FOR INJURY TO SERVANT—ASSUMPTION OF RISK.

A judgment on a verdict for plaintiff in an action by a servant against the master to recover damages for a personal injury in which the defense was the assumption of risk by plaintiff affirmed.

For former opinion, see 143 Fed. 281.

Before DALLAS and GRAY, Circuit Judges, and LANNING, District Judge.

PER CURIAM. We think that the opinion rendered and decision made when this case was before this court at a former term (American Tin Plate Co. v. Smith, 143 Fed. 281) requires that the judgment brought up by the present writ of error should be affirmed, and therefore it is so ordered.